| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO. 1:11-CR-52 |
| | § | |
| CHRISTOPHER JAMES GARDNER | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge. In accordance with 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), Judge Giblin held a hearing and submitted findings of fact and a recommendation on the defendant's plea of true. The magistrate judge recommended that the Court revoke the defendant's supervised release and impose a term of imprisonment for the revocation.

The parties filed notices indicating that they do not object to the magistrate judge's report and recommendation (#72, #73). The defendant accordingly waived his right to appear before this court before sentence is imposed. *See* Consent to Revocation of Supervised Release (#70). The Court ORDERS that the findings of fact and recommendation on plea of true (#71) are ADOPTED and the defendant's supervised release is revoked. Pursuant to Judge Giblin's recommendation, the Court ORDERS the defendant to serve a six (6) month term of imprisonment with no additional term of supervision to follow.

SIGNED at Beaumont, Texas, this 15th day of October, 2019.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE